**Jamohn A. NEAL, Plaintiff-Appellant,**

v.

**FCI MCDOWELL; Doctor A. P. Goode; Officer Lambeth, Defendants-Appellees.**

**No. 17-7222**

United States Court of Appeals, Fourth Circuit.

Submitted: January 18, 2018

Decided: January 23, 2018

Jamohn A. Neal, Appellant Pro Se. Christopher Crews, OFFICE OF THE UNITED STATES ATTORNEY, Beaver, West Virginia; Matthew Charles Lindsay, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellees.

Before GREGORY, Chief Judge, and SHEDD and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamohn A. Neal appeals the district court's order adopting the magistrate judge's recommendation and denying relief on his civil action asserting claims under the Federal Tort Claims Act, and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record included on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Neal v. FCI McDowell*, No. 1:16-cv-11365, 2017 WL 3528671 (S.D.W. Va. Aug. 16, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*